NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Ruochen Liu   SBN 350852
7 Day Attorneys, APC
100 N. Barranca St., #7060
West Covina, CA 91791
Phone: (314)285-5165
Email:  ruochenliu.esq@gmail.com
Attorney for Defendant Ever Prosperous Realty Inc

ATTORNEY(S) FOR:  Defendant Ever Prosperous Realty Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

KUEI SHEN

Plaintiff(s),

v.

Ever Prosperous Realty, Inc.; Paul Blair Hazan; Isaac Louz; Ibrahim Louz; Rachon A. Louz aka Louz Rachmon; Victor S. Hazan;  [SEE attached]

Defendant(s)

CASE NUMBER:

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   EVER PROSPEROUS REALTY, INC.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Kuei Shen | Plaintiff; |
| EVER PROSPEROUS REALTY INC.; | Defendant; |
| PAUL BLAIR HAZAN; | Defendant; |
| ISAAC LOUZ; IBRAHIM LOUZ; | Defendant; |
| RACHMON A. LOUZ ; | Defendant; |
| VICTOR S. HAZAN; | Defendant; |
| LAURA A. HAZAN ; | Defendant; |
| BRIAN DAVID SQUIBB; | Defendant; |
| PROVENTURE CAPITAL, LLC; | Defendant; |
| OPTIMUM BANK; | Defendant; |
| NIKOLAY N. KATANOV; | Defendant; |
| JP MORGAN CHASE BANK, National Association; | Defendant; |
|  | Defendant |

07/15/2025
Date

*Ruochen Liu*
Signature

Ruochen Liu, Esq.

Attorney of record for (or name of party appearing in pro per):

Ruochen Liu, Esq., [Attorney for Ever Prosperous Realty Inc.]

**ATTACHMENT TO**

**CERTIFICATE OF INTERESTED PARTIES**

KUEI SHEN,

        Plaintiff,

  v.

EVER PROSPEROUS REALTY INC.;

PAUL BLAIR HAZAN;

ISAAC LOUZ; IBRAHIM LOUZ;

RACHMON A. LOUZ aka LOUZ RACHMON;

VICTOR S. HAZAN; LAURA A. HAZAN ;

BRIAN DAVID SQUIBB

aka Alter Ego of Proventure Capital;

PROVENTURE CAPITAL, LLC;

OPTIMUM BANK;

NIKOLAY N. KATANOV aka Alter Ego

of Bridge View; JP MORGAN

CHASE BANK, National Association;

ED CASTILLO; VIN CASCIO;

DOES 1 – 20, Inclusive,

        Defendants.